AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
District of the Virgin Islands

| | |
|---|---|
| Eric Martin, Individually and on Behalf of All Others Similarly Situated <br><br> *Plaintiff(s)* <br> v. <br> Altisource Residential Corporation, William C. Erbey, Ashish Pandey, Kenneth D. Najour, Robin N. Lowe and Rachel M. Ridley <br> *Defendant(s)* | Civil Action No. 1:15-cv-00024 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    William C. Erbey
    c/o Marjorie Rawls Roberts, Resident Agent
    Altisource Residential Corporation
    Marjorie Rawls Roberts, P.C.
    One Hibiscus Alley, 5093 Dronningens Gade, Suite 1
    St. Thomas, VI 00802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Semaj I. Johnson, Esq.
    K.A. Rames, P.C.
    Suite 3, 2111 Company Street
    Christiansted, VI 00820

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Glenda L. Lake, Esquire
CLERK OF COURT

Date: 4/1/15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-00024

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                           *Server's signature*

                              _____
                                           *Printed name and title*


                              _____
                                           *Server's address*

Additional information regarding attempted service, etc: