IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
ST. CROIX DIVISION

| | |
|---|---|
| ERIC MARTIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>ALTISOURCE RESIDENTIAL CORPORATION, WILLIAM C. ERBEY, ASHISH PANDEY, KENNETH D. NAJOUR, ROBIN N. LOWE, AND RACHEL M. RIDLEY,<br><br>Defendants. | CASE No.: 1:15-CV-00024-WAL-GWC<br><br>CLASS ACTION |

**MOTION FOR ADMISSION *PRO HAC VICE* OF LAURENCE M. ROSEN**

**COMES NOW** the undersigned KEVIN A. RAMES of the Law Offices of K.A. Rames, P.C., counsel for Amber Scavone in the captioned cause, and hereby moves this Court for admission *pro hac vice* of Laurence M. Rosen of Rosen Law, 275 Madison Avenue, 34th Floor, New York, NY 10016.

The undersigned hereby waives oral argument on this Motion but asks that it be placed on the Court's agenda for expeditious determination. Additionally, the undersigned cites the powers of this Court to admit an attorney *pro hac vice* pursuant to Rule 51 (f) of Appendix C of 5 V.I.C.

**WHEREFORE**, it is respectfully requested that this Court enter an order admitting LAURENCE M. ROSEN *pro hac vice* in this action.

Dated: September 29, 2015            Respectfully submitted,

/s/ Kevin A. Rames                         .
Kevin A. Rames (VI Bar No. 193)
Suite 3, 2111 Company Street
Christiansted, St. Croix, U.S.V.I. 00820
Tel: (340) 773-7284; Fax: (340) 773-7282
Email: kevin.rames@rameslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of September, 2015, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

      /s/ Kevin A. Rames