IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
ST. CROIX DIVISION

| | |
|---|---|
| ERIC MARTIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                Plaintiff,<br><br>vs.<br><br>ALTISOURCE RESIDENTIAL CORPORATION, WILLIAM C. ERBEY, ASHISH PANDEY, KENNETH D. NAJOUR, ROBIN N. LOWE, AND RACHEL M. RIDLEY,<br><br>                Defendants. | CASE No.: 1:15-CV-00024-WAL-GWC<br><br>CLASS ACTION |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DONALD J. ENRIGHT**

    COMES NOW the undersigned Kevin A. Rames, Esq. of the Law Offices of K. A. Rames, P.C., liaison counsel for movant Lei Shi and proposed liaison counsel for the class in the above-captioned cause, by Lei Shi, hereby moves this Court for admission *pro hac vice* of Donald J. Enright, Esq. of Levi & Korsinsky LLP, 1101 30th Street, NW, Suite 115, Washington, D.C. 20007.

    Kevin A. Rames, Esq. waives oral argument on this Motion but asks that it be placed on the Court's agenda for expeditious determination. Kevin A. Rames, Esq. cites the powers of this Court to admit any attorney *pro hac vice* pursuant to Rule 51 (f) of Appendix C of 5 V.I.C.

    WHEREFORE, it is respectfully requested that this Court enter an Order admitting Donald J. Enright, Esq. *pro hac vice* in this action.

Respectfully submitted,

Date: September 29, 2015

/s/ Kevin A. Rames, Esq.
Kevin A. Rames
Law Offices of K. A. Rames, P.C.
Suite 3, 2111 Company Street
Christiansted, St. Croix
U.S. Virgin Island 00820
Tel: (340) 773-7284
Fax: (340) 773-7282
E-mail: Kevin.rames@rameslaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 29th day of September, 2015 I electronically filed the **Motion for Admission Pro Hac Vice** and related documents on behalf of Donald J. Enright, Esq. with the Clerk of the Court using the CM/ECF system.

                /s/ Kevin A. Rames, Esq.
                Kevin A. Rames