IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
ST. CROIX DIVISION

| | |
|---|---|
| ERIC MARTIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>ALTISOURCE RESIDENTIAL CORPORATION, WILLIAM C. ERBEY, ASHISH PANDEY, KENNETH D. NAJOUR, ROBIN N. LOWE, AND RACHEL M. RIDLEY,<br><br>Defendants. | CASE No.: 1:15-CV-00024-WAL-GWC<br><br>CLASS ACTION |

## MOTION FOR ADMISSION *PRO HAC VICE* OF NICHOLAS I. PORRITT

COMES NOW the undersigned Kevin A. Rames of the Law Offices of K. A. Rames, P.C., liaison counsel for lead plaintiff Lei Shi and liaison counsel for the class in the above-captioned cause, by Lei Shi, hereby moves this Court for admission *pro hac vice* of Nicholas I. Porritt of Levi & Korsinsky LLP, 1101 30th Street, NW, Suite 115, Washington, D.C. 20007. Kevin A. Rames waives oral argument on this Motion but asks that it be placed on the Court's agenda for expeditious determination. Kevin A. Rames cites the powers of this Court to admit any attorney *pro hac vice* pursuant to Rule 51 (f) of Appendix C of 5 V.I.C.

WHEREFORE, it is respectfully requested that this Court enter an order admitting Nicholas I. Porritt *pro hac vice* in this action.

Respectfully submitted,

Date: December 10, 2015

*s/Kevin A. Rames, Esq.*
**K. A. Rames, P.C.**
Suite 3, 2111 Company Street
Christiansted, St. Croix
U.S. Virgin Island 00820
Tel: (340) 773-7284
Fax: (340) 773-7282
E-mail: kevin.rames@rameslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2015 I electronically filed the **Motion for Admission Pro Hac Vice** and related documents for Nicholas I. Porritt, Esq. with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Richard H. Hunter, Esq<br>Hunter & Cole<br><br>1138 King Street, Ste 3<br>Christiansted, VI  00820<br>(340) 773-3535<br><br>9800 Buccaneer Mall, Box #1<br>St. Thomas, VI  00802<br>(340) 714-1998<br>Email: rhunter@huntercolevi.com<br><br>*Attorneys for Defendants Altisource Residential Corporation, Ashish Pandey, Kenneth D. Najour, Robin N. Lowe and Rachel M. Ridley* | Chad C. Messier, Esq.<br>Dudley, Topper And Feuerzeig, LLP<br><br>P.O. Box 756<br>St. Thomas, VI 00804<br>Phone: 340-715-4436<br>Fax: 340-715-4400<br>Email: cmessier@dtflaw.com<br><br>*Attorneys for Defendant, William C. Erbey* |

*s/Kevin A. Rames, Esq.*

2