**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**ST. CROIX DIVISION**

| | |
|---|---|
| ERIC MARTIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> ALTISOURCE RESIDENTIAL CORPORATION, WILLIAM C. ERBEY, ASHISH PANDEY, KENNETH D. NAJOUR, ROBIN N. LOWE, AND RACHEL M. RIDLEY, <br><br> Defendants. | CASE No.: 1:15-CV-00024-WAL-GWC <br><br> CLASS ACTION |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ADAM M. APTON**

COMES NOW the undersigned Kevin A. Rames of the Law Offices of K. A. Rames, P.C., liaison counsel for lead plaintiff Lei Shi and liaison counsel for the class in the above-captioned cause, by Lei Shi, hereby moves this Court for admission *pro hac vice* of Adam M. Apton of Levi & Korsinsky LLP, 1101 30th Street, NW, Suite 115, Washington, D.C. 20007.

Kevin A. Rames waives oral argument on this Motion but asks that it be placed on the Court's agenda for expeditious determination. Kevin A. Rames cites the powers of this Court to admit any attorney *pro hac vice* pursuant to Rule 51 (f) of Appendix C of 5 V.I.C.

WHEREFORE, it is respectfully requested that this Court enter an order admitting Adam M. Apton *pro hac vice* in this action.

Respectfully submitted,


Date: December 8, 2016


/s/ *Kevin A. Rames*_____
Kevin A. Rames, Esq.
**Law Offices of K. A. Rames, P.C.**
Suite 3, 2111 Company Street
Christiansted, St. Croix
U.S. Virgin Island 00820
Tel: (340) 773-7284
Fax: (340) 773-7282
E-mail: Kevin.rames@rameslaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of December, 2016 I electronically filed the **Motion for Admission Pro Hac Vice** and related documents on behalf of Adam M. Apton, Esq. with the Clerk of the Court using the CM/ECF system.

/s/ Kevin A. Kames_____
Kevin A. Rames, Esq.

3