NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF ST. CROIX

ERIC MARTIN,
                Plaintiff,

v.

ALTISOURCE RESIDENTIAL CORPORATION, WILLIAM C. ERBEY, ASHISH PANDEY, KENNETH D. NAJOUR, ROBIN N. LOWE, and RACHEL M. RIDLEY,
                Defendants.

Civ. No. 15-0024

**ORDER**

THOMPSON, U.S.D.J.[1]

For the reasons set forth in this Court's opinion on this same day,

IT IS on this *26th* day of May, 2017,

ORDERED that Defendants' motion for reconsideration (ECF No. 77) is DENIED.

                                          */s/ Anne E. Thompson*
                                          ANNE E. THOMPSON, U.S.D.J.

---

[1] The Honorable Anne. E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.