## IN THE DISTRICT COURT FOR THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| ERIC MARTIN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL NO. 1:15-CV-00024 ) |
| ALTISOURCE RESIDENTIAL CORPORATION, WILLIAM C. ERBEY, ASHISH PANDEY, KENNETH D. NAJOUR, ROBIN N. LOWE, and RACHEL M. RIDLEY, | ) ) ) ) ) |
| Defendants. | ) ) ) |

### MOTION FOR ADMISSION OF JOHN L. HARDIMAN *PRO HAC VICE*

Dudley, Topper and Feuerzeig, LLP, by Chad C. Messier, respectfully moves this Court, pursuant to LRCi 83.1(b)(2) and (c), to admit John L. Hardiman *pro hac vice* in the captioned proceeding.

In support of this motion, the following is respectfully represented:

1. Attorney Hardiman is a member in good standing of the New York Bar. *See* Pro Hac Vice Application attached as **Exhibit 1** at § B(2); Certificate of Good Standing, attached as **Exhibit 2**.

2. Attorney Hardiman is not under suspension or disbarment by any court. *See* Exhibit 1 at § A(2); Declaration of John L. Hardiman at ¶ 4, attached as **Exhibit 3**.

3. The undersigned, a member in good standing of the bar of this Court, has entered an appearance on behalf of defendant William C. Erbey and all notices, orders and pleadings may be served on the undersigned.

4. On information and belief, the undersigned certifies, pursuant to LRCi 83.1(b)(2), that Attorney Hardiman has not been previously admitted *pro hac vice* before this Court during the twelve (12) months immediately preceding the filing of this motion. *See* Exhibit 1 at § B(6).

5. On information and belief, Attorney Hardiman is fully qualified to appear *pro hac vice* before this Court.

6. The $250.00 fee for Attorney Hardiman's *pro hac vice* admission will be paid to the Clerk of this Court contemporaneously with the filing of this motion.

Accordingly, it is respectfully requested that this Court admit Attorney Hardiman *pro hac vice* as co-counsel for defendant William C. Erbey in the captioned proceeding. A proposed order is attached.

Respectfully submitted,

DUDLEY, TOPPER AND FEUERZEIG, LLP

/s/ Chad C. Messier

Dated: September 26, 2018     By: _____

Chad C. Messier (VI Bar No. 497)
P.O. Box 756
St. Thomas, VI 00804
Telephone: (340) 774-4422
Email: CMessier@dtflaw.com

Attorneys for Defendant,
William C. Erbey

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of September, 2018, I electronically filed the foregoing **MOTION FOR ADMISSION OF JOHN L. HARDIMAN *PRO HAC VICE*** with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Kevin A. Rames, Esq.
Law Offices of K. A. Rames, P.C.
Suite 3, 2111 Company St.
St. Croix, VI 00820
Kevin.rames@rameslaw.com

Nicholas I. Porritt, Esq.
Adam M. Apton, Esq.
Levi & Korsinsky, LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
nporrit@zlk.com
aapton@zlk.com

Richard H. Hunter, Esq.
Hunter & Cole
1138 King Street, Suite 3
Christiansted, VI 00820
rhunter@huntercolevi.com

Joseph De Simone, Esq.
Matthew D. Ingber, Esq.
Paul W. Hughes, Esq.
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
jdesimone@mayerbrown.com
mingber@mayerbrown.com
phughes@mayerbrown.com

/s/ Chad C. Messier

_____
Chad C. Messier, Esq.