### IN THE DISTRICT COURT FOR THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| ERIC MARTIN, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) ALTISOURCE RESIDENTIAL CORPORATION, ) WILLIAM C. ERBEY, ASHISH PANDEY, ) KENNETH D. NAJOUR, ROBIN N. LOWE, and ) RACHEL M. RIDLEY, ) ) Defendants. ) ) | CIVIL NO. 1:15-CV-00024 |

### MOTION FOR ADMISSION OF JULIA A. MALKINA *PRO HAC VICE*

Dudley, Topper and Feuerzeig, LLP, by Chad C. Messier, respectfully moves this Court, pursuant to LRCi 83.1(b)(2) and (c), to admit Julia A. Malkina *pro hac vice* in the captioned proceeding.

In support of this motion, the following is respectfully represented:

1. Attorney Malkina is a member in good standing of the New York Bar.  *See* Pro Hac Vice Application attached as **Exhibit 1** at § B(2);  Certificate of Good Standing, attached as **Exhibit 2**.

2. Attorney Malkina is not under suspension or disbarment by any court.  *See* Exhibit 1 at § A(2);  Declaration of Julia A. Malkina at ¶ 4, attached as **Exhibit 3**.

3. The undersigned, a member in good standing of the bar of this Court, has entered an appearance on behalf of defendant William C. Erbey and all notices, orders and pleadings may be served on the undersigned.

4. On information and belief, the undersigned certifies, pursuant to LRCi 83.1(b)(2), that Attorney Malkina has not previously been admitted *pro hac vice* before this Court. *See* Exhibit 1 at § B(6).

5. On information and belief, Attorney Malkina is fully qualified to appear *pro hac vice* before this Court.

6. The $250.00 fee for Attorney Malkina's *pro hac vice* admission will be paid to the Clerk of this Court contemporaneously with the filing of this motion.

Accordingly, it is respectfully requested that this Court admit Attorney Malkina *pro hac vice* in the captioned proceeding. A proposed order is attached.

Respectfully submitted,

DUDLEY, TOPPER AND FEUERZEIG, LLP

/s/ Chad C. Messier

Dated: October 23, 2018       By: _____

Chad C. Messier (VI Bar No. 497)
P.O. Box 756
St. Thomas, VI 00804
Telephone: (340) 774-4422
Email: CMessier@dtflaw.com

Attorneys for Defendant,
William C. Erbey

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2018, I electronically filed the foregoing **MOTION FOR ADMISSION OF JULIA A. MALKINA** with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Kevin A Rames, Esq.
Law Office of Kevin A. Rames, P.C.
2111 Company Street, Suite 3
St Croix, VI 00820

Richard H. Hunter, Esq.
Hunter, Cole & Bennett
Pentheny Bldg., 3rd Fl.
1138 King Street, Suite 301
Christiansted, VI 00820

Nicholas I. Porritt, Esq.
Adam M. Apton, Esq.
Levi & Korsinsky, LLP
1101 30th Street NW, Suite 115
Washington, DC 20007

Joseph De Simone, Esq.
Matthew D. Ingber, Esq.
Paul W. Hughes, Esq.
Mayer Brown, LLP
1221 Avenue of the Americas
New York, NY 10020

/s/ Chad C. Messier
_____
Chad C. Messier, Esq.