NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

ERIC MARTIN,

Plaintiff,

v.

ALTISOURCE RESIDENTIAL CORPORATION, *et al.*,

Defendants.

Civ. No. 15-24

**ORDER**

THOMPSON, U.S.D.J.[1]

For the reasons stated in this Court's Opinion on this same day,

IT IS on this 12th day of June, 2019,

ORDERED that Defendants' Motion to Dismiss (ECF No. 175) is GRANTED IN PART and DENIED IN PART; and it is further

ORDERED that Plaintiffs' Third Amended Complaint (ECF No. 169) is DISMISSED as to any alleged misrepresentations made after each Plaintiffs' final purchase of securities; and it is further

ORDERED that, within 14 days from the date of this Order, the parties shall submit proposed redactions of the Court's Opinion so that the remainder may be unsealed; and it is further

ORDERED that, within, 14 days from the date of this Order, the parties shall advise the Court as to the status of this case (including whether the Scheduling Order (ECF No. 126) has

[1] The Honorable Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.

been followed) and propose an expeditious briefing schedule for the pending Motion to Certify Class (ECF No. 146).

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.