## IN THE DISTRICT COURT FOR THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

ERIC MARTIN, Individually and on Behalf of All )
Others Similarly Situated, )
                               )
               Plaintiff, )
                               )
v.                               ) CIVIL NO. 1:15-CV-00024
                               )
ALTISOURCE RESIDENTIAL CORPORATION, )
WILLIAM C. ERBEY, ASHISH PANDEY, )
KENNETH D. NAJOUR, ROBIN N. LOWE, and )
RACHEL M. RIDLEY, )
                               )
               Defendants. )
_____ )

## MOTION FOR ADMISSION OF MICHELLE J. ANNUNZIATA *PRO HAC VICE*

Hunter & Cole, by Richard H. Hunter, Esq., respectfully moves this Court pursuant to LRCi 83.1(b)(2) and (c) to admit Michelle J. Annunziata *pro hac vice* in the captioned proceeding.

In support of this motion, the following is respectfully represented:

1. Attorney Annunziata is a member in good standing of the New York Bar. *See* Pro Hac Vice Application attached as **Exhibit 1** at § B(2); Certificate of Good Standing, attached as **Exhibit 2**.

2. Attorney Annunziata is not under suspension or disbarment by any court. *See* Exhibit 1 at § A(2); Declaration of Michelle J. Annunziata at ¶ 4, attached as **Exhibit 3**.

3. The undersigned, a member in good standing of the bar of this Court, has entered an appearance on behalf of defendants Altisource Residential Corporation, Ashish Pandey, Kenneth D. Najour, Robin N. Lowe, and Rachel M. Ridley and all notices, orders and pleadings may be served on the undersigned.

4.    On information and belief, the undersigned certifies, pursuant to LRCi 83.1(b)(2), that Attorney Annunziata has not been admitted *pro hac vice* before this Court.

5.    On information and belief, Attorney Annunziata is fully qualified to appear *pro hac vice* before this Court.

6.    The $250.00 fee for Attorney Annunziata's *pro hac vice* admission will be paid to the Clerk of this Court contemporaneously with the filing of this motion.

Accordingly, it is respectfully requested that this Court admit Attorney Annunziata *pro hac vice*. A proposed order is attached.

Respectfully submitted,

HUNTER & COLE

Dated: July 31, 2019               By:    Richard Hunter

Richard H. Hunter, Esq.
VI Bar No. 332
1138 King Street, Suite 3
Christiansted, VI 00820
(340) 773 3535

9800 Buccaneer Mall, Box #1
St. Thomas, VI 00802
(340) 714-1998
rhunter@huntercolevi.com

*Attorneys for Defendants,*
*Altisource Residential Corporation*
*Ashish Pandey*
*Kenneth D. Najour*
*Robin N. Lowe*
*Rachel M. Ridley*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2019, I electronically filed the foregoing **MOTION FOR ADMISSION OF MICHELLE J. ANNUNZIATA** with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Darrell S. Cafasso
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Chad C. Messier, Esq.
Dudley, Topper and Feuerzeig, LLP
P.O. Box 756
St. Thomas, VI 00804

Donald J. Enright, Esq.
Levi & Korsinsky, LLP
1101 30th Street, NW, Suite 115
Washington, D.C. 20007

Kevin A Rames, Esq.
Law Office of Kevin A. Rames, P.C.
2111 Company Street, Suite 3
St Croix, VI 00820