## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| ERIC MARTIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>    v.<br><br>ALTISOURCE RESIDENTIAL CORPORATION, WILLIAM C. ERBEY, ASHISH PANDEY, KENNETH D. NAJOUR, ROBIN N. LOWE, AND RACHEL M. RIDLEY,<br><br>                        Defendants. | CASE No.: 1:15-CV-00024-WAL-GWC<br><br><u>CLASS ACTION</u><br><br><br>**PLAINTIFFS' MOTION FOR (I) AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES; AND (II) INCENTIVE AWARDS TO PLAINTIFFS** |

TO:    ALL COUNSEL OF RECORD

       Lead Plaintiff Lei Shi and Plaintiff Ashley Saunders (collectively, "Plaintiffs") move this honorable Court for an Order: (i) awarding attorneys' fees and reimbursement of litigation expenses; and (iii) granting Plaintiffs an incentive award.

       Plaintiffs rely upon the annexed Brief in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, the previously-filed Declaration of Adam M. Apton in Support of Unopposed Motion for Preliminary Approval of Settlement (Dkt. No. 218-2), the Supplemental Declaration of Adam M. Apton, Declaration of Kevin A. Rames, Supplemental Declarations of Plaintiffs Lei Shi and Ashley Saunders, and Declaration to Steven Straub.

       Plaintiffs have also submitted a Proposed Order in connection with their Motion.

1

Dated: January 2, 2020

                                                  Respectfully submitted,

**K.A. Rames, P.C.**
s/ *Kevin A. Rames, Esq.*
Kevin A. Rames (VI Bar No. 193)
Suite 3, 2111 Company Street
Christiansted, St. Croix, U.S.V.I. 00820
Tel: (340) 773-7284
Fax: (340) 773-7282
Email: kevin.rames@rameslaw.com
*Liaison Counsel for Class*

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt (admitted pro hac vice)
Adam M. Apton (admitted pro hac vice)
1101 30th Street NW, Suite 115
Washington, D.C. 20007
T: (202) 524-4290
F: (202) 333-2121
Email: nporritt@zlk.com
Email: aapton@zlk.com

*Attorneys for Plaintiffs*
*and Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion and accompanying documents were served by Notice of Electronic Filing generated by CM/ECF, on January 2, 2020, on all counsel or parties of record registered in this action.

s/ *Kevin A. Rames, Esq.*
Kevin A. Rames (VI Bar No. 193)